Date signed December 04, 2008



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: | Case No. 08-23196PM |
|---|---|
| **Gina Namjung Lee,** | **Chapter 7** |
| **Debtor.** | |

## MEMORANDUM

This court reviewed the Notice of Possible Dismissal filed by the Chapter 7 Trustee as well as the Debtor's Opposition thereto and advises the parties that the court will take no action.

cc:  Debtor
     Debtor's Counsel
     Chapter 7 Trustee

**End of Memorandum**